UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Yisroel Geisinsky,

        Plaintiff,

  - against -

GC Services Limited Partnership,

        Defendants.

----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2018 ★
BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

1:17-cv-06190-ENV-LB

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.

SO ORDERED.

DATED:    Brooklyn, New York
             3/14/2018

                                      /s/(ENV)

                                      ERIC N. VITALIANO
                                      U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YISROEL GEISINSKY, individually and on behalf of all others similarly situated;<br><br>Plaintiff(s),<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 17-cv-06190-ENV-LB |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/Adam J. Fishbein
Adam J. Fishbein (AF-9508)
Adam J. Fishbein P.C.
735 Central Avenue
Woodmere, NY 11598
Telephone: (516) 668-6945
Email: fishbeinadamj@gmail.com

ATTORNEY FOR PLAINTIFF

/s/ Emily Kirsch
Emily Kirsch
Kirsch & Niehaus, PLLC
150 East 58th Street, 22nd Floor
New York, NY 10075
Telephone (212) 832-0170
Facsimile (212) 624-0223
Email: emily.kirsch@kirschniehaus.com

ATTORNEYS FOR DEFENDANT,
GC SERVICES LIMITED PARTNERSHIP